```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JESUS LUPIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JESUS LUPIAN,<br><br>　　　　　Defendant.<br>_____ | No. 2:07-cr-00298 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:　August 16, 2007<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant Lupian that the above case be dropped from this court's August 16, 2007, calendar, that it be continued until September 6, 2007, at 9:00 a.m., and that time be excluded between August 16, 2007, and September 6, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought in order to conduct discussions and
2  further consultation preparation for possible resolution of the case.
3  **IT IS SO STIPULATED**.

5  Dated: August 15, 2007        /S/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
6                                Assistant United States Attorney
                                 Counsel for Plaintiff

8  Dated: August 15, 2007        /S/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
9                                Assistant Federal Defender
10                               Counsel for Defendant
                                 FRANCISCO BUCIO

**O R D E R**

**IT IS SO ORDERED**.

Dated: August 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2