DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS LUPIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00298-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| JESUS LUPIAN ) | |
| ) | Date:  September 6, 2007 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant Lupian that the above case be dropped from this court's September 6, 2007, calendar, that it be continued until September 13, 2007, at 9:00 a.m., and that time be excluded between September 6, 2007, and September 13, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought in order to conduct discussions and
2  further consultation preparation for possible resolution of the case.
3  **IT IS SO STIPULATED.**

Dated: August 28, 2007          /S/ Heiko P. Coppola
                                HEIKO P. COPPOLA
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated: August 15, 2007          /S/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                FRANCISCO BUCIO


**O R D E R**

**IT IS SO ORDERED.**

Dated: August 29, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time          2