DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JESUS LUPIAN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00298-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE AND EXCLUDING TIME |
| | ) | |
| JESUS LUPIAN | ) | |
| | ) | Date:  September 13, 2007 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant Lupian that the above case be dropped from this court's September 13, 2007, calendar, that it be continued until October 18, 2007, at 9:00 a.m., and that time be excluded between September 13, 2007, and October 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought in order to conduct further discussions
2  and consultation preparation for possible resolution of the case.
3  **IT IS SO STIPULATED**.

Dated:   September 12, 2007      /S/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Dated:   September 12, 2007      /S/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 FRANCISCO BUCIO


**O R D E R**

**IT IS SO ORDERED**.

Dated: September 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE