```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JESUS LUPIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 2:07-cr-00298 MCE |
| Plaintiff,   ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v.   ) | CASE AND EXCLUDING TIME |
| ) | |
| JESUS LUPIAN   ) | Date:  December 6, 2007 |
| Defendant.   ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant Lupian that the above case be dropped from this court's December 6, 2007, calendar, that it be continued until December 20, 2007, at 9:00 a.m., and that time be excluded between December 6, 2007, and December 20, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1  This continuance is sought due to defense counsel's unavailability
2 while involved in a two month long jury trial before the Hon. William
3 B. Shubb, and in order to conduct discussions and further consultation
4 and  preparation for possible resolution of the case.
5  **IT IS SO STIPULATED**.

7 Dated:  December 5, 2007        /S/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
8                                Assistant United States Attorney
                                 Counsel for Plaintiff

10
11 Dated:  December 5, 2007        /S/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
12                               Counsel for Defendant
                                 FRANCISCO BUCIO

**O R D E R**

16  **IT IS SO ORDERED**.

18  Dated: December 7, 2007

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2