```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6
    Attorney for Defendant
 7  JESUS LUPIAN

 8
```

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13
    UNITED STATES OF AMERICA,    )   No. 2:07-cr-00298-MCE
14                               )
                   Plaintiff,    )
15                               )   STIPULATION AND ORDER CONTINUING
         v.                      )   CASE AND EXCLUDING TIME
16                               )
    JESUS LUPIAN,                )
17                               )   Date:  December 20, 2007
                   Defendant.    )   Time:  9:00 a.m.
18                               )   Judge: Hon. Morrison C. England, Jr.
    _____)
19

20

21      **IT IS HEREBY STIPULATED** by and between Assistant United States

22 Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal

23 Defender Jeffrey L. Staniels, counsel for Defendant Lupian that the

24 above case be dropped from this court's December 20, 2007, calendar,

25 that it be continued until January 10, 2008, at 9:00 a.m., and that

26 time be excluded between December 20, 2007, and January 10, 2008,

27 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

28 ///

This continuance is sought in order to permit receipt of a written plea agreement and consultation with client about it. The agreement is intended to effectuate an oral understanding that has just been reached between the parties.

**IT IS SO STIPULATED**.

Dated:  December 19, 2007        /S/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated:  December 19, 2007        /S/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 FRANCISCO BUCIO

**O R D E R**

**IT IS SO ORDERED**.

Dated: December 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE