1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

6 Attorney for Defendant
JESUS LUPIAN

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,        )   No. 2:07-cr-00298-MCE
                                    )
14                Plaintiff,        )           AMENDED
                                    )   STIPULATION AND ORDER CONTINUING
15       v.                         )   CASE AND EXCLUDING TIME
                                    )
16 JESUS LUPIAN,                    )
                                    )   Date:  January 10, 2008
17                Defendant.        )   Time:  9:00 a.m.
                                    )   Judge: Hon. Morrison C. England, Jr.
18 _____  )

21     **IT IS HEREBY STIPULATED** by and between Assistant United States
22 Attorney Heiko P. Coppola, counsel for Plaintiff, Assistant Federal
23 Defender Jeffrey L. Staniels, counsel for Defendant Lupian that the
24 above case be dropped from this court's January 10, 2008, calendar,
25 that it be continued until January 31, 2008, at 9:00 a.m., and that
26 time be excluded between January 10, 2008, and January 31, 2008,
27 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.
28 ///

This continuance is sought in order to permit receipt of a written plea agreement and consultation with client about it. The agreement is intended to effectuate an oral understanding that has just been reached between the parties.

**IT IS SO STIPULATED.**

Dated: January 9, 2008         /S/ Heiko P. Coppola
                               HEIKO P. COPPOLA
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated: January 9, 2008          /S/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               JESUS LUPIAN

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time         2