JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS LUPIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-00298 MCE |
| Plaintiff, ) | |
| ) | |
| v. ) | **CORRECTED** STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE TO March |
| JESUS LUPIAN, ) | 28, 2013 |
| ) | |
| Defendant. ) | Date:  February 21, 2013 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |

**IT IS HEREBY STIPULATED** and agreed to between the UNITED STATES OF AMERICA through Olusere Olowoyeye, Assistant United States Attorney, and JESUS LUPIAN, by and through his counsel, Jeffrey L. Staniels, Assistant Federal Defender, that the status conference (Admit or Deny Hearing) in the above-captioned case be continued from February 21, 2013, to March 28, 2013, at 9:00 a.m. for status conference.

This continuance is sought to permit further defense preparation including disclosure of certain evidence to the government and Probation Officer and further investigation into an issue raised be the presence of another person in the car which Mr. Lupian was driving.

**IT IS ALSO STIPULATED** the Speedy Trial Act is not implicated by

1 this request and that the delay sought is no longer than thought to be
2 reasonably necessary to provide adequate time to prepare the defense.
3     **IT IS SO STIPULATED**.

Dated: February 19, 2013          /s/ *J. Staniels for*
                                  OLUSERE OLOWOYEYE
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Dated: February 19, 2013          /s/ *Jeffrey L. Staniels*
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  JESUS LUPIAN

## ORDER

The stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's February 21, 2013, calendar, and re-calendared for status conference on March 28, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE