Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS LUPIAN,<br><br>　　　　Defendant. | No. 2:07-cr-00298 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:　February 6, 2014<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Jesus Lupian, that the above case be vacated from this court's February 6, 2014, calendar, and that it be continued until February 27, 2014, at 9:00 a.m. for status conference.

The court is advised that material progress has been made in reaching a resolution of issues underlying and relating to the Supervised Release violation petition pending before the court. Discussions between

counsel have produced what appears to counsel to be an agreement in principle that needs to be reduced to writing and executed.

The court is requested to find that this continuance is reasonable, and to grant it. Since the pending matter involves an alleged violation of supervised release, no speedy trial issues are implicated by this request.

**IT IS SO STIPULATED.**

Date: February 5, 2014            */s/ Jason Hitt*
                                  Jason Hitt
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff

Date: February 5, 2014            s/ *Jeffrey L. Staniels*
                                  Jeffrey L. Staniels
                                  Counsel for Defendant
                                  JESUS LUPIAN

**ORDER**

It is so ordered.

Dated: February 6, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT