Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JESUS LUPIAN,<br><br>    Defendant. | ) NO.  2:07-cr-298  MCE<br>) NO.  2:14-cr-042  MCE<br>)<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **CONTINUING STATUS CONFERENCE**<br>)<br>)<br>) **Date:  February 27, 2014**<br>) **Time:    9:00 a.m.**<br>) **Judge: Hon. Morrison C. England Jr.**<br>) |

**IT IS HEREBY STIPULATED** by and between Special Assistant United States Attorney Josh Sigal, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Jesus Lupian, that case No. 2:07-cr-298 MCE be vacated from this court's February 27, 2014, calendar, and continued until March 20, 2014, at 9:00 a.m. for status conference.  It is requested that case No. 2:14-cr-042 MCE be calendared at the same time for arraignment and entry of plea.  The parties agree that the two matters are related.  The court is advised that discussions between counsel have produced what appears to counsel to be an agreement in principle for resolution of both matters that needs to be reduced

to writing and executed.  Entry of an admission and plea of guilty to the new charge are anticipated on March 20, 2014.

Since the older pending matter involves an alleged violation of supervised release, no speedy trial issues are implicated by this request.  No Speedy Trial issue arises from the delay in an initial appearance on the newer matter because Mr. Lupian has not been arrested on that matter, the delay is agreed to by his counsel, and an initial appearance on March 20, 2014, is less than 30 days after the filing of the information and is therefore timely.

**IT IS SO STIPULATED.**


Date: February 25, 2014            */s/ Josh Sigal*
                                   Josh Sigal
                                   Special Assistant U.S. Attorney
                                   Counsel for Plaintiff

Date: February 25, 2014            s/ *Jeffrey L. Staniels*
                                   Jeffrey L. Staniels
                                   Counsel for Defendant
                                   JESUS LUPIAN


**ORDER**

**It is so ordered.**

**Dated:  February 28, 2014**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT